COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-307-CR

LAVAR DANDRE YOUNG APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 371
ST
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Appellant’s Motion To Dismiss Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure.  
 
Tex. R. App. P.
 
42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  
See 
Tex. R. App. P.
 
42.2(a), 43.2(f). PER CURIAM

PANEL:  GARDNER
, WALKER
, and MCCOY, JJ.

DO NOT PUBLISH

Tex. R. App. P.
 
47.2(b)

DELIVERED: September 25, 2008
 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 
47.4.